UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00132-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO CHANGE NAME |
| | ) | |
| CHRISTOPHER MONTREAL DAVIS | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to CHRISTOPHER MONTREAL DAVIS be changed to correctly reflect the proper identification of the defendant as CHRIS MONTREAL DAVIS.

This the 3 day of March, 2021.

JAMES C. DEVER III
United States District Judge